From: LUIS GARCIA
Din#: 03A2034
ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

To: HONORABLE HAROLD BAER, JR.
United States District Court Judge
500 Pearl Street
New York, N.Y. 10007

Re: #07 Civ. 2974 (HB)(FM)

March 10, 2008

Dear HONORABLE HAROLD BAER, JR,

    On March 3, 2008, I received a "Report and Recomendation" from United States Magistrate Judge FRANK MASS asking that my petition for "writ of habeas corpus" be denied for failure to show the denial of constitutional rights. Because access to the facilities law library is limited, I'm requesting an extension of at least (60 days) until May 3rd, 2008, to file objections to the "Report and Recomendation" by United States Magistrate Judge FRANK MASS. Thank you in advance for your time and consideration in this serious matter.

                                  Truly yours: _____

                                  Luis Garcia, #03-A-2034
                                  Elmira Corr. Fac.
                                  P.O. Box 500
                                  Elmira, N.Y. 14902-0500

Copies to:

United States Magistrate Judge
FRANK MASS
United States District Court
500 Pearl Street
New York, N.Y. 10007

Lawrence H. Cunningham
Assistant District Attorney
Office of the Bronx County District Attorney
198 East 161 Street
Bronx, New York 10451

*[Handwritten annotation by Judge Baer:]* I will adjourn your request to May 3 at your further adjournment is finished.

*Harold Baer, Jr., U.S.D.J.*
*3/19/08*

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/19/08]

[Stamp: MAR 19 2008 HAROLD BAER U.S. DISTRICT JUDGE S.D.N.Y.]

Endorsement:

I will adjourn to May 3 at your request - the likelihood of any further adjournment is unlikely.