Luis Garcia #03-A-2034

Elmira Correctional Facility

P.O. Box 500

Elmira, New York 14902-0500

May 5, 2008

Honorable Harold Baer, Jr.

United States District Court Judge

500 Pearl Street

New York, New York 10007

Re: #07 CIV. 2974 (HB) (FM)

Dear Honorable Harold Baer, Jr.:

    Your Honor, I was very greatful to you for granting me an extension to file objections to the "Report and Recommendation" by United States Magistrate Judge Frank Maas. Due to limited access to the facility law library, I was unable to finish by May 1, 2008, as I intended. I had planned on finishing on May 1, 2008 and mailing it out on the morning of May 2, 2008. However, due to a situation out of my control, this prison was placed on general lock down from the dates of April 27, 2008 - May 3, 2008. Due to the lock down, I was unable to use all of those days to finish my objections to the "Report and Recommendation". As your Honor is aware, getting the law library to reschedule those lost days is going to take some time. Therefore, I am respectfully requesting another 30 day extension, in order to finish my objections to the

report. Please feel free to verify the fact of this prisons lock down.

Your time and attention in this urgent matter is greatly appreciated. Thanking you in advance.

Very truly yours,

Luis Garcia

Copies to:

Frank Maas
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Lawrence H. Cunningham
Assistant District Attorney
Office of the Bronx County District Attorney
198 East 161 Street
Bronx, New York 10451

*[Handwritten annotation:] Yours sounds like it was beyond your control & I will extend your time to file objections to June 3, 08*

ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 5/12/08

Endorsement:

    Yours sounds like it was beyond your control and I will extend your time to file objections to June 3, 2008.